Priority ___
Send ___
Clsd ___
Enter ___
JS-5/JS-6 ___
-3

FILED
CLERK, U.S. DISTRICT COURT
JUL 7 2011
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA BASKIN, et al., <br><br> Plaintiff, <br><br> vs. <br><br> BOARD OF TRUSTEES OF WOODBURY UNIVERSITY, et al., <br><br> Defendants. | Case No.: 2:10-CV-00901-GHK-MAN <br><br> **Civil Rights** <br><br> Assigned to Honorable George H. King, Judge presiding <br><br> [PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO SETTLEMENT <br><br> [Filed concurrently with Stipulation to Dismiss Entire Action Pursuant to Settlement] <br><br> Final Pretrial Conf.: Not Yet Set <br> Trial Date: Not Yet Set |

///
///
///
///
///

# [PROPOSED] ORDER

Pursuant to the Stipulation by Plaintiffs, TAMARA BASKIN and MARVIN HUEZO ("Plaintiffs") and Defendant, BOARD OF TRUSTEES OF WOODBURY UNIVERSITY ("Woodbury"), this Court hereby dismisses the above referenced captioned action, with prejudice.

**IT IS SO ORDERED.**

Dated: 7/6/11

_____
Honorable George H. King